DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## AMERICAN FOODS, INC. v. FARMS, INC.

No. 107 PC.

No. 52 (Fall Term).

Case below: 50 N.C. App. 591.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 June 1981. Motion of plaintiff to dismiss defendant's appeal as to all issues except that addressed by the dissenting opinion allowed 2 June 1981, and petition by defendant for discretionary review under G.S. 7A-31 denied 2 June 1981.

## BD. OF TRANSPORTATION v. CHEWNING

No. 114 PC.

Case below: 50 N.C. App. 670.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 June 1981.

## BONE INTERNATIONAL, INC. v. BROOKS

No. 125 PC.

No. 53 (Fall Term).

Case below: 51 N.C. App. 183.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 2 June 1981.

## BROWN'S CABINETS v. MFG. ENTERPRISES

No. 139 PC.

Case below: 51 N.C. App. 248.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 June 1981.

## HARRIS v. HARRIS

No. 122 PC.

Case below: 51 N.C. App. 103.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 June 1981.